IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ANGULO,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | 1:07-cv-01681 TAG<br><br>ORDER GRANTING IN PART AND<br>DENYING IN PART REQUEST FOR<br>EXTENSION OF TIME TO FILE<br>OPENING BRIEF<br>(Doc. 15)<br><br>ORDER AMENDING SCHEDULING<br>ORDER<br>(Doc. 6) |

On July 18, 2008, the parties, through their respective counsel, filed a stipulation and proposed order requesting an extension of time for Plaintiff Rebecca Angulo to file her opening brief. (Doc. 15). The Court has considered the stipulation and makes the following order:

1. The request for an extension of time to file Plaintiff's opening brief is GRANTED IN PART AND DENIED IN PART, as follows:

    A. Plaintiff shall have to and including Friday, September 19, 2008, to file her opening brief;

    B. Plaintiff's request for an extension of time to October 15, 2008 to file her opening brief is DENIED.

3. No further extensions of time to file the opening brief will be granted, and Paragraph 14 of the Scheduling Order (Doc. 6) is amended accordingly.

IT IS SO ORDERED.

Dated:   **July 22, 2008**                                        /s/ Theresa A. Goldner
                                                                    UNITED STATES MAGISTRATE JUDGE